# United States District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

*Gregory J. Linhares*  *314-244-7900*
*Clerk of Court*

January 10, 2022.

**Stan Laber**
321 S. Main Ave.
Albany, NY 12209

RE:   Laber v. Austin
      4:21-CV-01323-NAB

Dear Sir:

     This matter has been assigned to a United States Magistrate Judge pursuant to Local Rule 2.08. Pursuant to the local rules, each party is required to notify the Court in writing, on the form provided, whether they consent to such assignment or opt to have the case reassigned to a district judge of the Court. **The local rule requires that these forms are to be submitted to the Court not later than twenty-one days after the appearance of each party.**

     A review of our records indicates that you entered an appearance in this matter on 11/08/2021.  Your Consent/Option form was due to be submitted not later than 11/29/2021.  If you have not already done so, please submit your executed form **within five working days of this letter, which is 01/18/2022,** so that this matter may proceed.

Sincerely,

*Gregory J. Linhares*
Clerk of Court


By:   /s/ Melanie Berg
      Deputy Clerk

Enclosure(s)