IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STAN LABER,<br><br>       Plaintiff,<br><br>   v.<br><br>LLOYD J. AUSTIN, *in his official capacity as Secretary, United States Department of Defense*,<br><br>       Defendant. | No. 1:22-cv-145 (MSN/TCB) |

**EXHIBIT INDEX TO DEFENDANT'S MOTION TO DISMISS
AND FOR SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Resume of Stan Laber, dated July 11, 2013 |
| 2 | Declaration of Stan Laber, dated July 7, 2014 |
| 3 | Vacancy Announcement No. 20130928 |
| 4 | Certified List of Eligible Applicants for Vacancy No. 20130928 |
| 5 | EEO Counselor's Report, dated Feb. 18, 2014 |
| 6 | Declaration of Natasha Grant, dated July 22, 2014 |
| 7 | Declaration of Daniel Hinchberger, dated July 7, 2014 |
| 8 | Demographics of the Selection Panel |
| 9 | NGA Policy Notice re Selection Panel Membership, dated Nov. 5, 2012 |
| 10 | Declaration of Tonya Crawford, dated July 31, 2014 |
| 11 | Declaration of Richard Unis, dated July 8, 2014 |
| 12 | Declaration of Tamara Verdon, dated July 3, 2014 |
| 13 | Supplemental Declaration of Tamara Verdon, dated Aug. 5, 2019 |
| 14 | Declaration of Johnetta Williams, dated July 10, 2014 |
| 15 | Supplemental Declaration of Johnetta Williams, dated Aug. 6, 2019 |
| 16 | Supplemental Declaration of Daniel Hinchberger, dated Aug. 5, 2018 |
| 17 | Supplemental Declaration of Richard Unis, dated July 31, 2019 |
| 18 | Selection Profile Score |
| 19 | Email re Religious Data, dated July 22, 2019 |
| 20 | AON Promotion Panel Worksheet |

| Exhibit No. | Description |
|---:|---|
| 21 | Resume of Karen Eichelberger, dated July 11, 2013 |
| 22 | Email re Non-Selection, dated Sept. 2013 |
| 23 | Email from S. Laber, dated Oct. 15, 2013 |
| 24 | Notice of Right to File, dated Feb. 18, 2014 |
| 25 | Formal EEO Complaint, dated Mar. 10, 2014 |
| 26 | Receipt of Formal EEO Complaint, dated Mar. 13, 2014 |
| 27 | Notice of Partial Acceptance, dated Apr. 2, 2014 |
| 28 | Report of Investigation, dated Aug. 19, 2014 |
| 29 | Index to the Report of Investigation |
| 30 | Final Agency Decision, dated Nov. 21, 2014 |
| 31 | EEOC Decision, dated Apr. 4, 2017 |
| 32 | Final Agency Decision, dated Aug. 17, 2017 |
| 33 | Final Agency Decision, dated Sept. 11, 2017 |
| 34 | EEOC Decision, dated June 25, 2019 |
| 35 | Final Agency Decision, dated September 5, 2019 |
| 36 | EEOC Decision, dated August 16, 2021 |
| 37 | Employee Data, Office of Contract Services |
| 38 | Demographics of Interviewed Applicants |